UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anicama,<br><br>             Plaintiff,<br><br>     v.<br><br>Oracle America, Inc.<br><br>             Defendants. | Case No.  23-cv-04640-EMC<br><br>**ORDER TO SHOW CAUSE** |

        Plaintiff in the above-entitled matter failed to file an opposition to Defendant's Motion to Dismiss (Docket No. 10); the opposition was due on October 2, 2023.

        THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's case should not be dismissed for failure to file an opposition and/or failure to prosecute.  Plaintiff's response to the Order to Show Cause shall address the merits of Defendant's motion to dismiss.  Plaintiff's response to the Order to Show Cause shall be filed by **October 31, 2023**.  If Plaintiff fails to file a timely response the Court shall direct the Clerk of Court to dismiss Plaintiff's case with prejudice.

        **IT IS SO ORDERED.**

Dated:  October 24, 2023

_____
EDWARD M. CHEN
United States District Judge