UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANICAMA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ORACLE AMERICA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-04640-EMC   (EMC)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Docket Nos. 15, 18, 19 |

　　　　Plaintiff in the above-entitled matter failed to file an opposition to Defendant's Motion to Dismiss (Docket No. 10); the opposition was due on October 2, 2023.  On October 24, 2023, the Court issued an Order to Show Cause why Plaintiff's case should not be dismissed for failure to file an opposition and/or failure to prosecute by October 31, 2023. Plaintiff was ordered to address the merits of Defendant's motion to dismiss in that response.  The Court warned in that Order that if Plaintiff failed to file a timely response, the Court would direct the Clerk of Court to dismiss Plaintiff's case with prejudice.  Plaintiff has failed to respond to the Order to Show cause.  Therefore, the Court now dismisses the action with prejudice.

　　　　**IT IS SO ORDERED**.

Dated: December 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge